# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VILLA, | CASE NO. 1:11-cv–001080-BAM PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS FROM COMPLAINT |
| F. GONZALEZ, et al., | (ECF No. 11) |
| Defendants. | |

Plaintiff Robert Villa is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 31, 2012, Plaintiff's complaint was dismissed, with leave, to amend for failure to state a claim. (ECF No. 9.) On September 4, 2012, Plaintiff filed a first amended complaint and motion to dismiss defendants from the complaint. (ECF Nos. 10, 11.)

Plaintiff seeks to dismiss certain defendants that were named in the complaint. Plaintiff's complaint was dismissed and, as he was advised in the screening order, the first amended complaint supercedes the original complaint. Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1987); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987). Plaintiff's motion to dismiss defendants from complaint, filed September 4, 2012, is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

Dated: September 6, 2012      /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

1