# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VILLA, | Case No. 1:11-cv-01080-LJO-BAM PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS |
| v. | |
| F. GONZALEZ, et al., | (ECF No. 29) |
| Defendants. | |

Plaintiff Robert Villa, a former state prisoner currently incarcerated in Riverside County, proceeds pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 30, 2011. This action currently proceeds against Defendants Garikaparthi, Vu, Joaquin and Shiesha for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On July 11, 2014, Defendants Garikaparthi, Vu, Joaquin and Shiesha filed a motion to dismiss this action with prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Defendants report that discovery served on Plaintiff was returned by the United States Postal Service. (ECF No. 29.)

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **twenty-one (21) days**. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with**

**prejudice, for failure to prosecute**.

IT IS SO ORDERED.

    Dated: __August 7, 2014__        /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE